UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOHN J. CIPRIANI and JANICE CIPRIANI,

        Defendants.
------------------------------------x

JUDGMENT

Judgment No.: 08, 00007wp

07 Civ. 9701 (KMK) (LMS)

WHEREAS, the United States of America (the "Government" or the "plaintiff") filed its Complaint in this action on November 1, 2007, and the defendants John J. Cipriani and Janice Cipriani ("Defendants") were duly served with a copy of the complaint, and has accepted service thereof;

WHEREAS, on or about November 20, 2007, the parties hereto entered into a Stipulation and Order of Settlement and Dismissal (the "Order") resolving all of the claims alleged in the Government's Complaint against Defendants, and filed such Order with the Clerk of the Court;

WHEREAS, pursuant to paragraph 2(b) of the Order, Defendants agree that the "United States shall have a first position security interest on the real property owned by Defendants located at 44 Tonetta Lake Way, Brewster, New York 10509 (the "Pledged Property"), and that the United States may place a lien on such property (the "Judgment Lien") until such time as Defendants have paid the total Settlement Amount [which is $100,000.00]";

WHEREAS, on or about November 27, 2007, this Court signed the Order and, accordingly, it is so ordered.

Now, therefore, it is hereby ORDERED AND ADJUDGED as follows:

1. The plaintiff United States shall have judgment against defendants John J. Cipriani and Janice Cipriani in the sum of one hundred thousand dollars ($100,000.00) to be paid in accord with the terms of the Order, and the plaintiff United States shall have execution therefor.

2. Plaintiff United States shall be permitted to file this judgment in Putnam County where the Pledged Property is located, and such filing shall be a lien on such property until such time as Defendants have paid the total Settlement Amount, which is $100,000.00

3. The above-captioned action is dismissed with prejudice.

Dated: White Plains, New York
11/28/2007

J. Michael McMahon
CLERK OF COURT